**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SANITA A. DIVIETRO, | |
| Plaintiff, | |
| v. | Case No. 3:18-cv-02061-JPG-RJD |
| EQUIFAX INFORMATION SERVICES, LLC, and HEIGHTS FINANCE CORPORATION, | |
| Defendants. | |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Sanita DiVietro has filed a paper captioned "stipulation of dismissal with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That rule allows the parties to dismiss an action at their own accord, but only if the stipulation of dismissal is "signed by all parties who have appeared." DiVietro's stipulation, however, is not signed by any of the defendants—so the filing has no effect. The parties should re-file their stipulation of dismissal according to the rules.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 27, 2019**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**